[No. 25996-6-II.   Division Two.   May 25, 2001.]

PINE TREE COVE HOMEOWNERS ASSOCIATION, ET AL., *Appellants*, v. SCOTT F. AKRE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-2-00726-1,Toni A. Sheldon, J., entered May 1, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 26071-9-II.   Division Two.   May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. DODGE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00420-5, Toni A. Sheldon, J., entered May 18, 2000. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 19019-6-III.   Division Three.   May 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. URIAH SHETH SCHOENWALD, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 99-1-00022-1, Rebecca M. Baker, J., entered December 2, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.